IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRETT LAWRENCE BROWN,<br><br>     Defendant,<br><br>and<br><br>FIRST LOOK MEDIA WORKS, INC.,<br><br>     Garnishee. | No. 3:12-CR-413-L<br><br>**EX PARTE FILING** |

## WRIT OF GARNISHMENT

TO: First Look Media Works, Inc.
   The Corporation Trust Co.
   1209 Orange St.
   Wilmington, DE 19801

  An ex parte application for writ of garnishment seeking property belonging to or due defendant-judgment debtor Barrett Lawrence Brown has been filed with this court to enforce a judgment for the United States in this matter. As of June 21, 2017, the outstanding debt balance is $888,075.00.

  Pending further order of this court, you shall withhold and retain all property in which Brown, has a substantial nonexempt interest and for which you are or may become indebted to Brown, including but not limited to any publishing advances, commissions, or royalties, nonexempt disposable earnings. *See* 28 U.S.C. § 3205(c)(2)(F). The United States is entitled to 25% of each periodic payment due or owing to Brown from garnishee

as his nonexempt disposable earnings.[1] The maximum subject to garnishment from periodic payments is 25% of disposable earnings for a week, or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage. *See* 15 U.S.C. § 1673; 18 U.S.C. § 3613(a); and 28 U.S.C. § 3002(9).

Under federal law, the amount of earnings that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week; or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage. *See* 15 U.S.C. § 1673; and 28 U.S.C. § 3002(9). Pursuant to 15 U.S.C. § 1674(a), the garnishee is prohibited from discharging Brown from employment by reason of the fact that his earnings have been subjected to garnishment for any one indebtedness.

Property that is exempt and not subject to this writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the Clerk of the Court at this time. Instead, withhold and retain the property until the court orders its distribution. *Id.*

You are required by law to file an Answer within 10 days of your receipt of this writ advising the court whether you hold or will hold substantial nonexempt property for Brown. If you are represented by counsel who is an Electronic Case Files (ECF) system user in the Northern District of Texas, your attorney may file your Answer electronically

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program; "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld; and "Nonexempt disposable earnings" means 25 percent of disposable earnings. *See* 15 U.S.C. § 1672; and 28 U.S.C. §§ 3002(5)-(6) and (9). The maximum subject to garnishment from periodic payments is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage. *See, e.g,* 15 U.S.C. § 1673 and 18 U.S.C. § 3613(a)(3).

in ECF.  Otherwise, mail or deliver the original answer to the Clerk of the Court, 1100 Commerce Street, Room 1452, Dallas, TX 75242-1003.  *See* 28 U.S.C. § 3205(c).  A sample Answer Form is enclosed for your convenience; although this writ was issued ex parte, your answer will be publicly filed.

If you fail to answer this writ or withhold property in accordance with this writ, the United States may petition this court for an order requiring you to appear before this court to answer this writ and withhold property before the appearance date.  *See* 28 U.S.C. § 3205(c)(6).  If you fail to answer, or appear and fail to show good cause why you failed to comply with this writ, the court shall enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United States.  *Id*.

Signed this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT CLERK
NORTHERN DISTRICT OF TEXAS