UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Barrett Lancaster Brown           Case No.: 3:12-CR-00413-L(1) |
| Name of Sentencing Judge: | U.S. District Judge Sam A. Lindsay |
| Date of Original Sentence: | January 22, 2015 |
| Original Offense: | Ct. 1: Accessory After The Fact to an Unauthorized Access to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(B) and 1030(c)(4)(A)(i)(I)<br>Ct. 2: Obstructing The Execution of a Search Warrant and Aiding and Abetting, in violation of 18 U.S.C. §§ 1501 and 2 |
| Original Sentence: | 12 months as to Ct. 1 and 3 months as to Ct. 2 custody, 1 year term of supervised release; all counts shall run consecutively |
| Revocations: | None |
| Type of Supervision: | Supervised Release   Date Supervision Commenced: May 25, 2017 |
| Assistant U.S. Attorney: | Melissa A. Childs       Defense Attorney: Marlo P. Cadeddu<br>                                                                  (Court appointed) |

## Notification To The Court For Cause As Follows:

**I.**

The following information/request is being presented for the Court's review and decision:

Mr. Brown was ordered to pay restitution in the amount of $890,250 in monthly installments of not less than 10 percent of his gross monthly income, or at a rate of not less than $50 per month, whichever is greater, as a condition of supervised release. He began making payments on April 7, 2015, while in the custody of the Bureau of Prisons. Upon his release from custody, he made a payment of $1,265 on August 10, 2017, and a subsequent payment of $100 on October 26, 2017. Since that time, there has been no payment activity. His account is currently in default status and the balance is $886,710.

On December 15, 2017, the Court ordered a federal lien be imposed on all substantial non-exempt property and rights to property of Defendant-Judgment Debtor, Barrett Lancaster Brown, held directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, that is in the possession, custody, or control of each garnishee and their successors and assigns that limits the ability to take loans against or otherwise receive distributions from those funds. The Court further ordered each garnishee shall pay to the Clerk of the Court 25% of each periodic payment due or owing to Defendant Brown, directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, from the date each garnishee was served with the writ and continuing until further order as his non-exempt disposable earnings.

The Court furthered ordered certified checks or money orders bearing case number 3:12-CR-00413-L(1) shall be made payable and mailed to the Clerk of the Court, United States District Court for the Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, Texas, 75242-1003.

Mr. Brown stopped receiving wages from his employer approximately one year ago and has relied on family and friends for monthly expenditures. Although not current on his payments, he and his attorney advised a resolution is forthcoming as it pertains to the entity responsible for paying the garnishment as ordered above. Mr. Brown's attorney further advised an agreed motion would be filed with the Court.

Mr. Brown's term of supervised release in case number 3:12-CR-00413-L(1) is scheduled to expire on May 24, 2018. He will remain on supervised release for one more year under case number 3:12-CR-00317-L(1). It is believed Mr. Brown has accepted responsibility of his obligation to the restitution ordered and has been unable to pay due to loss of income.

Mr. Brown has agreed to have future restitution payments voluntarily garnished from his employer. The Financial Litigation Unit of the U.S. Attorney's Office is aware of the restitution balance and will continue its collection efforts. The prosecuting Assistant U.S. Attorney, Melissa Childs, concurs with the recommendation from the U.S. Probation Office. She furthered advised and confirmed that a Joint MOTION to Amend/Correct the Final Order of Garnishment/Execution was filed on May 21, 2018. She affirmed that collection efforts will be ongoing in this matter and legal action will be taken should the defendant or employer not comply with the garnishment order.

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended no action be taken, allowing the term of supervised release to expire as scheduled.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on May 22, 2018

s/Bruno Perez
U.S. Probation Officer
Dallas, Texas
Phone:  214-753-2537
Fax:  214-753-2570

Approved,

s/Amber B. Dunn
Supervising U.S. Probation Officer
Phone:  214-753-2487

**Order of the Court:**

☒  Agrees with the recommendation of the probation officer.

☐  Disagrees with the recommendation of the probation officer.

☐  Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐  Directs the probation officer to submit a request for a warrant or summons.

☐  Other or Additional:

☐  File under seal until further order of the Court.

_Sam A. Lindsay_
Sam A. Lindsay
U.S. District Judge

May 23, 2018
Date

BDP

* Attachment

Barrett Lancaster Brown
Report on Offender Under Supervision - Court Decision Requested
Case 3:12-cr-00413-L Document 125    Filed 05/23/18    Page 3 of 3    PageID 690

Page 3 of 3